**FILED**
**AUG 0 3 2020**
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Name (under which you were convicted): LUTHER BARNETT    CIV-20-757-JD | Docket or Case No.: CRF-88-2006 |
| Place of Confinement: JOSEPH HARP CORRECTIONAL CTR | Prisoner No.: |
| Petitioner (include the name under which you were convicted) LUTHER BARNETT  v. | Respondent (authorized person having custody of petitioner) STATE OF OKLAHOMA  FEDERAL BUREAU OF PRISONS  UNITED STATES OF AMERICA |
| The Attorney General of the State of: UNITED STATES OF AMERICA | |

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    OKLAHOMA COUNTY DISTRICT COURT

    (b) Criminal docket or case number (if you know): CRF-88-2006

2. (a) Date of the judgment of conviction (if you know): MARCH 29, 89

    (b) Date of sentencing: MARCH 29, 1989

3. Length of sentence: 100 YRS

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    _____

6. (a) What was your plea? (Check one)

    ☒ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty         ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __NOT GUILTY__

(c) If you went to trial, what kind of trial did you have? (Check one)
☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?
☐ Yes    ☑ No

9. If you did appeal, answer the following:
(a) Name of court: __N/A__
(b) Docket or case number (if you know):
(c) Result:
(d) Date of result (if you know):
(e) Citation to the case (if you know):
(f) Grounds raised:

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:
(1) Name of court: __N/A__
(2) Docket or case number (if you know):
(3) Result:
(4) Date of result (if you know):
(5) Citation to the case (if you know):

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):  N/A

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: N/A

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes    ☒ No

(7) Result: NONE

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____NONE_____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____NONE_____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____NONE_____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No
(2) Second petition:  ☐ Yes   ☑ No
(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

THIS IS A FEDERAL CASE ONLY NO STATE ENVOLVMENT

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** JURISDICTIONAL CHALLENGE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

WE CITE THE SUPREME COURT RULING IN MCGIRT V OKLAHOMA NO 18-9526 MAY 11, 2020. 18 U.S.C. § 1153(A) "INDIAN COUNTRY" INCLUDES ALL LAND WITHIN THE LIMITS OF ANY INDIAN RESERVATION UNDER THE JURISDICTION OF THE UNITED STATES GOVERNMENT. MY CRIME WAS COMMITTED WITHIN INDIAN COUNTRY MAKING MY CASE A FEDERAL CASE ONLY.

(b) If you did not exhaust your state remedies on Ground One, explain why: FEDERAL CASE ONLY; WE ALSO CITE MURPHY V ROYAL U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT NOS 07-7068 & 15-7041 AUG 8, 2017, PATTI PALMER GHEZZI ASST. FEDERAL PUBLIC DEFENDER; WHEN THE MAJOR CRIMES ACT APPLIES, JURISDICTION IS EXCLUSIVELY FEDERAL, SEE NEGONSOTT V SAMUELS, 507 U.S. 99, 103 (1993). MY CASE FALLS UNDER MAJOR CRIMES ACT MAKING JURISDICTION FEDERAL

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No
(2) If you did not raise this issue in your direct appeal, explain why: FEDERAL ISSUE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _NONE_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _NONE_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_FEDERAL CASE_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _NONE_

**GROUND TWO:** _INEFFECTIVE ASSISTANCE OF COUNSEL_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_THE SUPREME COURT HAS RECOGNIZED THAT A LEGAL FRAMEWORK FOR_

EVALUATING A GIVEN TYPE OF CLAIM CAN CONSTITUTE CLEARLY ESTABLISHED LAW UNDER § 2254 (D)(1). FOR EXAMPLE, THE COURT'S DECISION IN STRICKLAND V WASHINGTON, 466 U.S. 668 (1984), ANNOUNCED A TWO-PART TEST FOR EVALUATING CLAIMS OF INEFFECTIVE ASSISTANCE OF COUNSEL, SEE Id. AT 687

(b) If you did not exhaust your state remedies on Ground Two, explain why: FEDERAL CASE ONLY. (DISCUSSING PERFORMANCE AND PREJUDICE), AND THE COURT HAS SINCE SAID THIS FRAMEWORK CONSTITUTES CLEARLY ESTABLISHED FEDERAL LAW SEE WILLIAMS, 529 U.S. AT 391 SEE MURPHY V ROYAL.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: A FEDERAL ISSUE NOT A STATE ISSUE.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NONE

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): 
Date of the court's decision: 
Result (attach a copy of the court's opinion or order, if available): 

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): 
Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
THIS IS A FEDERAL CASE ONLY EXCLUSIVE OF STATE ACTORS.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: NONE UNTIL NOW WE ATTACK OUR STATE SENTENCE

**GROUND THREE:** DOUBLE JEOPARDY — PROHIBITED BY THE FIFTH AMENDMENT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
1847, THE FACT OF BEING PROSECUTED OR SENTENCED TWICE FOR SUBSTANTIALLY THE SAME OFFENSE.

DOUBLE JEOPARDY CLAUSE (1928), THE FIFTH AMENDMENT PROVISION STATING, " NOR SHALL ANY PERSON BE SUBJECT FOR THE SAME OFFENSE

(b) If you did not exhaust your state remedies on Ground Three, explain why: FEDERAL CASE NOT A STATE CASE.

(c) **Direct Appeal of Ground Three:**
(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No
(2) If you did not raise this issue in your direct appeal, explain why: N/A FEDERAL ISSUE

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: NONE

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

FEDERAL ISSUE ONLY

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NONE

**GROUND FOUR:** NONE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NONE

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: NONE

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: THEY DO NOT HAVE JURISDICTION

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing:   JO ANN ATKINS

    (b) At arraignment and plea:   SELF

    (c) At trial:   JO ANN ATKINS

    (d) At sentencing:   JO ANN ATKINS

    (e) On appeal:   NO APPEAL

    (f) In any post-conviction proceeding:   NONE

    (g) On appeal from any ruling against you in a post-conviction proceeding:   NONE

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:   NONE

AO 241 (1/15) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254                                   Page 13 of 15

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No   N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

IN OKLAHOMA "ISSUES OF SUBJECT JURISDICTION ARE NEVER WAIVED AND CAN THEREFORE BE RAISED ON A COLLATERAL APPEAL." WALLACE V STATE, 935 P.2d. 366, 372 (OKLA CRIM APP 1997);

SEE TRIPLETT V FRANKLIN, 365 F. APP'X 86, 95 (10TH CIR 2010) (UNPUBLISHED) RECOGNIZING THAT, IN OKLAHOMA, ISSUES OF SUBJECT MATTER JURISDICTION ARE NOT WAIVABLE AND CAN BE RAISED FOR THE FIRST TIME IN COLLATERAL PROCEEDINGS. SEE MURPHY V ROYAL

MAGNAN V STATE, 207 P.3d. 397, 402 (OKLA. CRIM. APP. 2009), CONSIDERING INDIAN COUNTRY JURISDICTIONAL CHALLENGE AND EXPLAINING SUBJECT MATTER JURISDICTION MAYBE CHALLENGED AT ANYTIME.

UNITED STATES V VAN CHASE, 137 F. 3d. 579 (8TH CIR. 1998), JURISDICTION IS SUFFICIENT UNDER THE MAJOR CRIMES ACT, IF ANY PART OF THE OFFENSE TOOK PLACE IN INDIAN COUNTRY; AS DID THE PETITIONERS CRIME.

KIDNAPPING - ACCORDING TO 18 U.S.C. § 1201, WHOEVER ILLEGALLY CONFINES, DECOYS, KIDNAPS, ABDUCTS, HOLDS FOR RANSOM OR PRIZE CAN BE CONSIDERED A CRIMINAL.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

THE STATE OF OKLAHOMA DID NOT, AND DOES NOT HAVE JURISDICTION, ACCORDING TO MCGIRT V OKLAHOMA. THEREFORE THEY ARE GUILTY OF KIDNAPPING ALL OKLAHOMA INMATES. THIS COURT IS AND WILL CONTINUE TO BE CULPABLE IF THEIR RULINGS FAVOR OKLAHOMA WITHIN "INDIAN COUNTRY".

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

AO 241 (1/15) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254

* ON BACK OF PAGE

NO PERSON SHALL BE HELD TO ANSWER FOR ANY CAPITAL, OR OTHERWISE INFAMOUS CRIME, UNLESS ON A PRESENTMENT OR INDICTMENT OF A GRAND JURY; THIS DIDN'T HAPPEN EITHER FOR PETITIONER

PETITIONER HAS SERVED SEVERAL YEARS AT A STATE PRISON SITUATED ON FEDERAL GROUNDS THIS IS NOT LEGAL OR ETHICAL SOMEONE NEEDS TO BE HELD ACCOUNTABLE FOR THIS BEHAVIOR.

FALSIFYING A RECORD — THE CRIME OF MAKING FALSE ENTRIES OR OTHERWISE TAMPERING WITH A PUBLIC RECORD WITH THE INTENT TO DECIEVE OR INJURE OR TO CONCEAL WRONGDOING 18 U.S.C.A § 1506 MODEL PENAL CODE § 224.4; NO STATE JURISDICTION AND EVERYONE ENVOLVED HAS KNOWN ABOUT IT FOR YEARS.

WE NOW CITE THE KENNEDY ORDER FILED IN CLEVELAND COUNTY IN CRF-72-187 DEC 7, 2015, JUDGE PAYTON FOUND KENNEDY'S LIFE SENTENCE WAS DISCHARGED AFTER 22.5 YEARS. HOWEVER THE STATE OF OKLAHOMA HELD MR. KENNEDY FOR 43 YEARS; OVERSIGHT NOPE MORE OKLAHOMA CORRUPTION.

EX PARTE HEARING WHICH A COURT INQUIRES AS TO THE LEGITIMACY OF A PRISONER'S CUSTODY. A PROCEEDING TO DETERMINE WHETHER THE COURT THAT IMPOSED SENTENCE ON THE DEFENDANTS HAS JURISDICTION AND AUTHORITY TO DO SO, OR WHETHER THE DEFENDANTS SENTENCE HAS EXPIRED; OBVIOUSLY IT HAS EXPIRED.

EXCLUSIONARY RULE; ANY RULE THAT EXCLUDES OR SUPPRESSES EVIDENCE, HEARSAY HAS LONG BEEN INADMISSABLE UNDER THE EXCLUSIONARY RULE THESE ALLEGATIONS SUFFICIENTLY CHARGE A DEPRIVATION OF RIGHTS GUARANTEED BY THE FEDERAL CONSTITUTION, AND, IF PROVEN, WOULD ENTITLE PETITIONERS RELEASE FROM THEIR PRESENT CUSTODY. WHICH NEEDS TO HAPPEN IMMEDIATELY !!

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ① _IMMEDIATE DISCHARGE FROM PRISON CREDIT FOR TIME SERVED;_ ② _OR TURN OVER TO FEDS FOR FEDERAL SENTENCING_

or any other relief to which petitioner may be entitled.

_PRO-SE_
Signature of Petitioner or Attorney (if any)

VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _7-28-2020_ (month, day, year).

Executed (signed) on _7-28-2020_ (date).

_Luther Burrell 82262_
Signature of Petitioner or Authorized Person Under 28 U.S.C. § 2242

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.